**No. 10-5098. Stephen P. Bowers, Petitioner v. Tom Scott, Administrator, Southwestern Regional Jail, et al.**

562 U.S. 903, 131 S. Ct. 241, 178 L. Ed. 2d 160, 2010 U.S. LEXIS 6294.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 226 W. Va. 130, 697 S.E.2d 722.